UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Warren Ray Thompson,

      Plaintiff,

v.                                                                         Civ. No. 06-3490 (JNE/RLE)
                                                                     ORDER

VAMC Fargo, ND 58102,
and Dr. David T. Mortensen,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on September 11, 2006. The magistrate judge recommended that this action be summarily dismissed and that Thompson's application to proceed *in forma pauperis* be denied. Also before the Court is a handwritten communication from Thompson received in chambers on September 28, 2006. The Court construes the communication as a request to enlarge the time in which to object to the Report and Recommendation, the time having run on September 28, 2006, or in the alternative as an objection to the Report and Recommendation.

The undersigned is satisfied that the magistrate judge gave careful consideration to, and fairly attempted to ascertain the gravamen of, the pro se complaint. Nothing in Thompson's recent submission gives the undersigned cause to believe that meritorious objections could be made to the Report and Recommendation if Thompson were given the additional time he seeks. Based on a de novo review of the record, the Court finds that Thompson has, indeed, failed to plead an actionable claim. Accordingly, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.    Thompson's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

1

2. Thompson's complaint [Docket No. 1] is summarily dismissed.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 29, 2006

s/ Joan N. Erickson
JOAN N. ERICKSEN
United States District Judge
